1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                        CENTRAL DISTRICT OF CALIFORNIA

8

GREGORY GEORGE SANDERS, JR.,   )      NO. CV 09-9145-PSG(CT)
9                               )
                   Petitioner,  )
10                              )      ORDER ACCEPTING MAGISTRATE JUDGE'S
              v.                )      REPORT AND RECOMMENDATION
11                              )      ON PETITION FOR WRIT
KELLY HARRINGTON, Warden,       )      OF HABEAS CORPUS BY A PERSON IN
12                              )      STATE CUSTODY
                   Respondent.  )
13 _____)

14

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file
15
de novo, including the magistrate judge's report and recommendation.
16
The Court agrees with the recommendation of the magistrate judge.
17
        Accordingly, **IT IS ORDERED**:
18
        1.    The report and recommendation is accepted.
19
        2.    Judgment shall be entered consistent with this order.
20
        3.    The clerk shall serve this order and the judgment on all
21
              counsel or parties of record.
22
DATED: May 5, 2010
23

24
                                        _____
25                                      PHILIP S. GUTIERREZ
                                        UNITED STATES DISTRICT JUDGE
26

27

28