UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GEORGE SANDERS, JR., ) | NO. CV 09-9145-PSG(CT) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| KELLY HARRINGTON, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: May 5, 2010

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE